UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-94-D-1

UNITED STATES OF AMERICA

v.

DONTRELL BARNES

**ORDER TO SEAL**

On motion of the Defendant, Dontrell Barnes, and for good cause shown, it is hereby

ORDERED that [DE 91] be sealed until otherwise ordered by the Court, except that copies may

be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This ___9___ day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge